**FROM: The District Court of the 4th Judicial District. County of Missoula.**

**STATE OF MONTANA,**
 Plaintiff,                                                        No. DC-00-421
vs.                                                                    Decision
**DELORES J. SHEPHERD,**
 Defendant,

On March 1, 2001, the defendant was sentenced to the following: Count I: Five (5) year commitment to the Department of Corrections for the offense of Forgery (Common Scheme); and Count II: Six (6) months in the Missoula County Detention Facility for the offense of Theft, a misdemeanor, all suspended, to run concurrently with Count I.

On September 21, 2001, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present via the telephone and was represented by Bruce Gobeo. The state was represented by Dale Mrkich, who was also present via the telephone.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 21st day of September, 2001.

DATED this 2nd day of October, 2001.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. David Cybulski and Member, Hon. Katherine R. Curtis.